BRAD D. KRASNOFF
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067-6006
(310) 277-0077
(310) 277-5735 – fax
BDKTrustee@DanningGill.com

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>GLORIA ANITA SALAZAR,<br><br>Debtor. | Case No. 2:23-bk-14196-BR<br><br>Chapter 7<br><br>**NOTICE OF TRUSTEE'S PROPOSED ABANDONMENT OF PROPERTY PURSUANT TO 11 U.S.C. 554 AND LOCAL BANKRUPTCY RULE 6007-1**<br><br>(No Hearing Date Required) |

TO ALL CREDITORS AND PARTIES OF INTEREST:

**PLEASE TAKE NOTICE** that the trustee shall abandon all interest in the following piece of real property located at **2014 Cumberland Road, Glendora, California 91741.** Unless you object and request a hearing, the abandonment of the foregoing property shall take place on the day after mailing of notice without any further notice by trustee.

Objections and requests for hearing before the UNITED STATES BANKRUPTCY COURT JUDGE, BARRY RUSSELL, if any, as to the above must be in writing, filed with the Clerk of the Court and served on the trustee herein, address located in the upper left of this document no later than 17 days after mailing of notice. Any objections not timely or properly filed and served will be deemed waived.

DATE: November 8, 2023

_____
BRAD D. KRASNOFF

DATE OF MAILING: November 8, 2023

1561389.1  1814690

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1901 Avenue of the Stars, Suite 450, Los Angeles, CA 90067-6006.

A true and correct copy of the foregoing document entitled (*specify*):  NOITCE OF TRUSTEE'S PROPOSED ABANDONMENT OF PROPERTY PURSUANT TO 11 U.S.C. 554 AND LOCAL BANKRUPTCY RULE 6007-1  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) November 8, 2023  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*)  November 8, 2023 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

**3. SERVED BY EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on November 8, 2023, I served the following persons and/or entities by email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Gloria Salazar  nazik2697@aol.com

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 8, 2023 | Beverly Lew | */s/ Beverly Lew* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                                    **F 9013-3.1.PROOF.SERVICE**
1737734.1  26263

**ADDITIONAL SERVICE INFORMATION (if needed):**

**1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

Shraddha Bharatia on behalf of Interested Party Courtesy NEF
notices@becket-lee.com

Joseph C Delmotte on behalf of Interested Party Courtesy NEF
ecfcacb@aldridgepite.com, JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com

Brad D Krasnoff (TR)
BDKTrustee@DanningGill.com, bkrasnoff@ecf.axosfs.com;DanningGill@gmail.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Diane Weifenbach on behalf of Creditor U.S. Bank, National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust
diane@attylsi.com, bankruptcy1@attylsi.com

**2. SERVED BY U.S. MAIL**

| | | |
|---|---|---|
| Gloria Salazar<br>8915 Duarte Road<br>San Gabriel, CA  91775 | Gloria Salazar<br>2014 Cumberland Road<br>Glendora, CA  91741 | Hon. Barry Russell<br>U. S. Bankruptcy Court<br>255 E. Temple Street, Suite 1660<br>Los Angeles, CA 90012 |
| Los Angeles Division<br>255 East Temple Street,<br>Los Angeles, CA 90012-3332 | Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | Franchise Tax Board<br>Bankruptcy Section MS: A-340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 |
| American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | Attorney Lender Services Inc<br>5120 E La Palma suite 209<br>Anaheim , CA 92807-2091 | Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090-2037 |
| Rushmore Loan Management services LLC<br>15480 Laguna Canyon Dr<br>Irvine , CA 92618-2132 | OFFICE OF  FINANCE   CITY OF LOS ANGELES<br>200 N SPRING ST RM 101 CITY HALL<br>LOS ANGELES CA 90012-3224 | U.S. Bank, National Association as Legal Tit<br><br>undeliverable |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                                      **F 9013-3.1.PROOF.SERVICE**
1737734.1  26263